IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES ANTHONY WILLIS,       )
                              )
        Plaintiff,             )
                              )
    v.                         )      1:17CV431
                              )
ATLAS SIGN INDUSTRIES NC LLC, )
                              )
        Defendant(s).          )

## ORDER

On June 1, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) Plaintiff timely filed objections (Doc. 5) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2) be, and is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of June, 2017.

／s／ William L. Osteen, Jr.
_____
United States District Judge